# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA WONG, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRADER JOE'S COMPANY; T.A.C.T. HOLDING, INC.; DOE DEFENDANTS 1 through 5,<br><br>Defendants. | Case No.: 18-CV-869 JLS (JLB)<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br>(ECF No. 25) |

Presently before the Court is Plaintiff Serena Wong and Defendants Trader Joe's Company and T.A.C.T. Holding, Inc.'s Joint Motion and Stipulation to Dismiss Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) ("Joint Mot.," ECF No. 25). Having reached a settlement, the Parties request that the Court dismiss with prejudice Plaintiff's individual claims in this action. *Id.* at 2.

/ / /
/ / /
/ / /
/ / /
/ / /

1

Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, this action is **DISMISSED WITH PREJUDICE**. The Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: March 27, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge